FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2024 ☆

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Marilyn Maltese

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Delta Airlines

TD Bank, et al

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. CV 24 4311

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

KOVNER, J

BLOOM, M.J.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _Maryann Maltese_
Street Address: _19 Ringler Drive_
City and County: _East Northport, NY Suffolk_
State and Zip Code: _NY 11731_
Telephone Number: _631-644-5765_
E-mail Address: _maryann.maltese1000@gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: _Delta Airlines_
Job or Title (if known): _Corporation_
Street Address: _1030 Delta Blvd_
City and County: _Atlanta_
State and Zip Code: _Georgia 30354-1989_
Telephone Number: _____
E-mail Address (if known): _____

Defendant No. 2

Name: _TD Bank Regional NYS_
Job or Title (if known): _Corporation_
Street Address: _324 S. Service Road_
City and County: _Melville, NY 11747_

2

State and Zip Code

Telephone Number  1800 — 757 — 9000

E-mail Address

(if known)

Defendant No. 3

Name

Job or Title

(if known)

Street Address City

and County State

and Zip Code

Telephone Number

E-mail Address

(if known)

Defendant No. 4

Name

Job or Title

(if known)

Street Address City

and County State

and Zip Code

Telephone Number

E-mail Address

(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sexual Assault-Public lewd Action on Aircraft
of Delta Airlines , Police report NYSNJ Petaionary
21K-7846

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Maryam Mikty is a citizen of the State of *(name)* NYS .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* NA , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* , is a citizen of the State of *(name)* . *Or* is a citizen of *(foreign nation)*

4

b.    If the defendant is a corporation

The defendant, *(name)* Delta Arlines , is incorporated under the laws of the State of *(name)* NYS + Georgia , and has its principal place of business in the State of *(name)* Georgia Atlanta _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Delta Arlines Georgia. Atlanta

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Sexual Lewd Public Assault on aircraft wilful penal and Plaintiff is Seeking notice of Claim Male Masterbations for 90 minutes on flight w/ Radical group on flight

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On March 12 2024 Maryann Maltese, was a passenger on Flight 2226 Delta Arlines leaving TPA to JFK approx. 6:30 AM with Male white 60 years sitting in 18 A Aisle jerking off hands on penis under table console Massenging hands it looking @ Maryann Maltese in 18C window while wife /or Girlfriend Slept white 60 year/70 years of age in 18B, US Eastern with federal Jurisdiction over 2 Corporations with H/Q's out of NYS to subject Jurisdiction my notice of claim post 30 days post incident for non accomodations of lewd act. flight delayed to 5:46 PM.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Notice of port Clean as officer on flight they intentionally subjected to public masterbation $3,000 plus damages for sexual lewd actions while sitting and looked @ me. Flight was full. Delta paid no "plan" and To Bank my break - failure to refund. Defendant knowingly masterbated as a member of Radical group in Tampa Fl, Harassing Single Payee women supporting LBGT.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *June 18, 20 2 9*

Signature of Plaintiff *MaryAnn Meltie*

Printed Name of Plaintiff *Maryann Meltise*



**PORT AUTHORITY POLICE DEPARTMENT**
**REQUEST FOR COPIES OF FILED POLICE REPORTS**
4-17

John F. Kennedy International Airport     PA3947JFK

A police report has been filed concerning your incident.
If you require a copy or verification of your report please
follow the instructions as indicated on the reverse. When
making this request please include the below information.

| | |
|---|---|
| Complainant or Reporting Person | Maltese, Maryann |
| Police Officer | O'Byrne |
| Shield # | 2727 | Report Type 8-10 |
| Date of Incident | 3/12/24 | Time 6 30a |
| Case No. | 24k-7846 | Command JFK |
| Location / Port Authority Facility | JFK Terminal 4 |

*If you recover any of the property reported lost or stolen,
and/or if you have further information for your report,
contact the detective unit.

( ) -

Remarks
Disturbance Delta 2226



# FDIC Reply - 01723234

3 messages

---

**FDIC NoReply** <shr_fdicsfnoreply@fdic.gov>          Tue, Apr 23, 2024 at 12:07 PM
Reply-To: shr_fdicsfnoreply@fdic.gov
To: "maryannmaltese1000@gmail.com" <maryannmaltese1000@gmail.com>

**FDIC**

April 23, 2024
Ref. No.: 01723234

Re: TD Bank USA, National Association

Dear Maryann Maltese:

Thank you for your correspondence, which was received by the FDIC's Consumer Response Unit.

The FDIC's mission is to ensure the stability of and public confidence in the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933. We are responsible for supervising state-chartered, FDIC-insured institutions that are not members of the Federal Reserve System.

Based on our review of your correspondence, the entity you referenced is under the direct supervision of the **Consumer Financial Protection Bureau.** We are closing your case with the FDIC and forwarding a copy of your correspondence to the **Consumer Financial Protection Bureau** at the address below:

**Consumer Financial Protection Bureau**
**PO Box 27170**
**Washington, DC 20038**
**Website: www.consumerfinance.gov**
**Telephone: 855-411-2372**

Please direct any future concerns to the **Consumer Financial Protection Bureau.** Thank you for taking the time to submit your correspondence.

Sincerely,
Consumer Response Unit
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
Telephone: (877) ASK-FDIC

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>          Tue, Apr 23, 2024 at 12:14 PM
To: shr_fdicsfnoreply@fdic.gov, "Foglia, Rose M" <Rose.Foglia@td.com>

Thank you as the Bank is not in consumer compiances.

Rose; TD Bank still has the ability to correct here.

What is the status of Full return as required.

Maryann Maltese
[Quoted text hidden]

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>          Wed, Apr 24, 2024 at 12:28 PM
To: whistleblower@cfpb.gov, "Foglia, Rose M" <Rose.Foglia@td.com>

I do expect a reversal of the TD decisions on all Matters associated with Tampa.

Please advise,
Maryann Maltese

Thanks for the time today,
[Quoted text hidden]

---

**DOT DL Customer Care** <dotdlcare@delta.com>
To: "maryannmaltese1000@gmail.com" <maryannmaltese1000@gmail.com>

Fri, May 17, 2024 at 9:38 PM



Hello Mary Ann,

RE: Case 09889666

We've received your message sent to the United States Department of Transportation. They have asked us to respond to you directly.

Respectfully, this is not something Delta Air Lines is able to address. Please contact the John F. Kennedy and Tampa airports directly. I have provided the link for each airport's website below so that you may locate their contact information.

JFK - John F. Kennedy International Airport (jfkairport.com)

Homepage | Tampa International Airport (tampaairport.com)

Mary Ann, thank you for flying with us. We look forward to providing another world-class experience

Regards,

Elizabeth Sharp
DOT Specialist
Delta Air Lines

---

Placement of Anti Sexual Harassment Posters in JFK and TPA-where are they located? They are required. US Public Transportation is required to place visible Posters and or ensure that All Employees of US Department of Transportation and or Airlines take Antisexual harassment training annually. Additionally JFK need a Central Office for when a person is Sexually assaulted or Sexually harassed for confidentiality reporting.

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:!00D1a0Y3af.!500RO09K0jS:ref]

--------------- Original Message ---------------
**From:** DOT DL Customer Care [dotdlcare@delta.com]
**Sent:** 5/16/2024 3:57 PM
**To:** maryannmaltese1000@gmail.com

**From:** Maryann Maltese <maryannmaltese1000@gmail.com>
**Sent:** Thursday, June 13, 2024 9:46:54 AM
**To:** Sandoz, Jaime <jsandoz@panynj.gov>
**Subject:** Re: Your priceline itinerary for New York City, NY - Monday, March 11, 2024 (Trip# 502-818-975-16)

[Quoted text hidden]

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>                                    Thu, Jun 13, 2024 at 10:00 AM
To: "Sandoz, Jaime" <jsandoz@panynj.gov>

Thanks Jaime-I will make a report.  Is there an online access as well to report a Complaint?
[Quoted text hidden]

---

**Sandoz, Jaime** <jsandoz@panynj.gov>                                    Thu, Jun 13, 2024 at 10:02 AM
To: Maryann Maltese <maryannmaltese1000@gmail.com>

Not that type of complaint, only lost property.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Maryann Maltese <maryannmaltese1000@gmail.com>
**Sent:** Thursday, June 13, 2024 10:00:52 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>                                    Thu, Jun 13, 2024 at 10:05 AM
To: "Sandoz, Jaime" <jsandoz@panynj.gov>

No problem, I will head to JFK to the location PAPD Stationhouse at JFK Bldg. 269 to file.

Thanks for the follow up.

Maryann Maltese
[Quoted text hidden]



 Hotels           Flights

 Bundle + Save    Cars

 Cruises          Experiences

**Follow Us**


twitter/


instagram/


facebook/

We're here to help if your travel plans change.
Click for support.

Responses to this e-mail will not go to a customer care representative. To contact our customer care team directly, and find answers to FAQs, please visit our Help Center. Priceline will never request gift cards when providing customer support.

This is a transactional email from priceline.com LLC
800 Connecticut Ave. Norwalk, CT 06854



---

**Maryann Maltese** <maryannmaltese1000@gmail.com>                Tue, Mar 12, 2024 at 1:45 PM
To: "Foglia, Rose M" <Rose.Foglia@td.com>

Receipt of travel where ASA offense occured
[Quoted text hidden]

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>                Thu, Jun 13, 2024 at 9:41 AM
To: "Sandoz, Jaime" <jsandoz@panynj.gov>

Here is confirmation of my Flight.

Jaime-a religious organization was on return flight and this group was as well; Hostile; different abuser on flight, but Housed at Hotel Riverwalk TPA of which I paid for a room.


## Complaint of May 11, 2024

**Maryann Maltese** <maryannmaltese1000@gmail.com>
To: "Foglia, Rose M" <Rose.Foglia@td.com>

Mon, Jun 17, 2024 at 6:32 PM

Good afternoon,

I am once again writing to my Bank TD to refund me for losses sustained due to Sexual Lewd Public Action on Flight.

Once again-another Police report is provided for the Bank to refund me.

Please advise on the status,

Maryann Maltese
[Quoted text hidden]


**IMG_0043.jpeg**
3443K

Flight # 2226.



 **Blue**

**Congrats Maryann!**

Your VIP Blue status has earned you **up to 5( off** New York City hotels

See Hotels

## Flight Information

1 One Way Ticket

**Tampa, FL → New York City, NY** • **Mon March 11** 2h 44m

**TPA → JFK**  **Tampa Intl Airport to John F Kennedy Intl Airport**

  Confirmation number: **JJ4QNE**

07:46 AM - 10:30 AM

Nonstop • 2h 44m • Economy Class

Delta Air Lines Flight 2226 • Boeing 737-900

## Passengers and Tickets Numbers:

**Maryann Maltese**
Ticket Number: 0067028505312

## Additional Information:

For seat, baggage, and cabin class information: ⬀ View Full Itinerary

A radical group was rallying at a festival weekend of my Holiday-they Had the Predominate Bookings at the Hotel and in the vicinity of Amelia.

1

Number of nights

1

Taxes and fees

$110.05

Total Charges

$328.97

Resort Fee

$25.00

Total Cost

$353.97

Please Note: The resort fee is charged by the property at check-out.

Manage Your Booking



Print Itinerary

Contact Priceline
Help Center
You can give us a call:
For inside the US call 1-877-477-5807
If you're calling from outside the US click here.

Responses to this email will not go to a Customer Care representative. To contact our Customer Care team directly, and find answers to FAQs, please visit our Help Center.
This is a transactional email from priceline.com LLC
800 Connecticut Ave. Norwalk, CT 06854

Attachment(s)

IMG_0254.jpg

This email is a service from Priceline. Delivered by Zendesk

[LP6Z39-M65Z3]

**Maryann Maltese** <maryannmaltese1000@gmail.com>     Fri, May 31, 2024 at 8:10 AM
To: Support <priceline@musement.com>

Please forward Priceline's requirements when Sexual Offense is reported within Vendor of Third Party Pricelines' Accountability in return of Funds to Victims.

Please attach those rules of Procedure.
[Quoted text hidden]

**Maryann Maltese** <maryannmaltese1000@gmail.com>     Fri, May 31, 2024 at 8:18 AM
To: zoie.salsabila@hilton.com, "Foglia, Rose M" <Rose.Foglia@td.com>, "Arnold, Jennifer M NMLS 1140597"
<Jennifer.Arnold@td.com>

Good morning,

I have attached Priceline's commentary that they're not Accountable.  Clearly Hilton and or the Other merchants are in procedural contact with Priceline.

Victims of Crimes rights are higher than "Travel Insurance".

Therefore-Immediate Return of My losses is required.

Who is the Employee at Hilton to discuss this matter with if not Yourself.

Shuffling Around the victims rights is not the answer as Crime Victims rights are above Required third party Travel Insurances; paid in for.  It's not required.

Additionally  TD bank; Failure to record the Correct date of Offense is March 8-**not March 18.**

I hope TD is prepared today to return my Losses from Tampa, Weekend of **March 8**-March 11, 2024.

I believe a typo from TD was included in the Recordings of my complaint and I hope each Merchant is prepared to refund as Law enforcement was notified as well.

Please advise when to expect the Merchant credit and in what formation to my Person.

Maryann Maltese
19 Ringler Drive
East Northport, NY 11731

Rose-where is TD with my Merchant refunds
Zoie-please advise which Employee in Hilton is the Final Decision maker.

Best regards,
[Quoted text hidden]

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>                    Fri, May 31, 2024 at 8:19 AM
To: "Foglia, Rose M" <Rose.Foglia@td.com>, zoie.salsabila@hilton.com, "Arnold, Jennifer M NMLS 1140597"
<Jennifer.Arnold@td.com>

Email evidence from Priceline.  As noted; Consumer-Crime Victim has notified Merchants and Law enforcement.

Maryann Maltese

---------- Forwarded message ---------
From: **Jerry R. (Support)** <priceline@musement.com>
Date: Fri, May 31, 2024 at 4:19 AM
Subject: [TUI Musement] Re: Priceline
To: Maryann Maltese <maryannmaltese1000@gmail.com>

[Quoted text hidden]

---

**Simone L (Support)** <priceline@musement.com>                        Fri, May 31, 2024 at 8:21 AM
Reply-To: Support <priceline@musement.com>
To: Maryann Maltese <maryannmaltese1000@gmail.com>

##- Please type your reply above this line -##

Your request (#2463862) has been updated. Reply to this email.



Simone L (Priceline)
31 May 2024, 14:21 CEST

# Your receipt from Priceline

## Your hotel on Saturday, Mar 9th, 2024 is confirmed

**Total Cost:** $328.97

**Priceline Trip Number:** 501-861-435-18

---

### 🛏 Hotel Tampa Riverwalk

Mar 9 – Mar 10 • Check-in: after 4:00 PM

Confirmation #:**R4791007665**

---------------------



**Priceline** <info@travel.priceline.com>                                      Sun, Mar 10, 1:06 AM

to me

YOU'VE EARNED VIP BLUE SAVINGS!

Hotels     Cars     Flights     Bundle + Save     Cruises



# Your trip is confirmed!

## Your flight to New York City, Mon, Mar 11, 2024 - Mon, Mar 11, 2024

🔗 **View Full Itinerary**          🖨 **Print Itinerary**

**Total charges:** $328.10

Form : PCFL
0029765055676182

Jun 12, 2024

# TD **Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

8   AB 01 001198 06268 H 4 B
5   ‖‖ₙₙₙ‖‖‖ₙ‖‖ₙ‖‖ₙ‖‖ₙₙ‖ₙ‖ₙ‖‖ₙ‖ₙ‖‖‖‖‖‖
MARYANN MALTESE
19 RINGLER DR
EAST NORTHPORT NY 11731-4421

001198 1/1

SUBJ: C-1489032

Dear  MARYANN MALTESE,

The review of your ATM/Debit Card Dispute claim in the amount of $1134.76 filed on 03/18/2024 has been completed. The provisional credit(s) previously issued to your account for the transaction(s) below is now final.

| Post Date | Merchant Name | Transaction Amount | Disputed Amount |
|-----------|---------------|--------------------|------------------|
| 03/12/2024 | 432300 SHOPPES BAYSHORE T67 TAMPA * FL | $8.90 | $8.90 |
| 03/12/2024 | 475542 HILTON HOTELS TAMPA * FL | $64.83 | $64.83 |

We appreciate the opportunity to serve you.  The protection of your account is important to us; if you have any questions please visit your local TD Bank or call 1-888-751-9000 to speak with an agent 24 hours a day 7 days a week.

Sincerely,

TD Bank, N.A.
Disputes & Claims

*[handwritten notes:]*

* TD Bank- grants return of take out.
Failure to grant full refund. Food
not Hotel Stay

* Originating Sexual Harassment
Commenced @ Hotel Check in as
Rigious rally was 2 doors away and
4men nea cased me before lewd assault
on aircraft.

* Reported festival incidents to Florida Governor.
- Then on plane - public lewd masterbation
intention punitive.



**TD Bank**
America's Most Convenient Bank®

05/20/2024

MARYANN MALTESE
19 RINGLER DR
E NORTHPORT NY 11731

RE: CFPB: 240508-14244004
RE: Account(s) ending – 0768

Dear Maryann Maltese,

This letter serves as a response to your inquiry received from the Consumer Financial Protection Bureau (CFPB) dated 05/08/2024. I would like to take this opportunity to let you know that TD Bank remains committed to maintaining a high level of customer satisfaction and that our representatives are trained to provide legendary service to our customers.

Your comments reference an outstanding dispute for transactions and payment made using your debit card associated with the checking account ending – 0768.

- On 03/18/2024, Reg E claim # C-1489032 filed disputing 12 transactions in the amount of $1,134.76.
    - On 03/27/2024 provisional credit was issued in the amount of $1134.76.
    - On 04/09/2024, 04/11/2024, 04/18/2024 and 04/19/2024 claims denied due to the merchant has denied our chargeback and provided compelling evidence that the charge is valid. The merchant has submitted valid documentation demonstrating the customer received product/services. The customer accepted terms and conditions at the time the transaction was completed. Customer must continue to resolve directly with the merchant due to services rendered.
    - On 04/17/2024 provisional credit was reversed in the amount of $327.97.
    - On 04/19/2024 provisional credits were reversed in the amount of $278.10, $24.93, $9.50.
    - On 04/26/2024 provisional credit was reversed in the amount of $8.50.
    - On 04/29/2024 provisional credits were reversed in in the amount of $328.10, $43.80, $20.13, $9.50, $9.50.

- Upon receipt of the escalation, leadership reviewed and upheld the denial.
    - The information provided in the prior denials is valid.
    - The transaction posted correctly to the account.
    - The customer must resolve with the merchant directly.

We apologize for any inconvenience you may have experienced. If you have any additional questions or concerns, please feel free to contact our Customer Cares Team at 864-313-2432 Monday through Friday from 9am-5pm.

Sincerely,

*Jay B*

Jay B
Customer Cares
US Fraud Management

Form : CNFR
0309941692731276

Mar 18, 2024



**TD Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

MARYANN MALTESE
19 RINGLER DR
EAST NORTHPORT NY 11731-4421 USA

SUBJ: C-1489032

Dear MARYANN MALTESE,

This letter is to inform you that your ATM/Debit card claim has been submitted as requested on 03/18/2024 in the amount of $1134.76. The claim number for your reference is C-1489032.

| Post Date | Merchant Name | Transaction Amount |
|---|---|---|
| 03/11/2024 | PUBLIX 1721 TAMPA | $24.93 |
| 03/11/2024 | HOTEL TAMPA RIVERWALK F TAMPA | $20.13 |
| 03/11/2024 | MTA METROCARD AIRTRAIN NEW YORK | $9.50 |
| 03/11/2024 | MTA LIRR STATION TIX JAMAICA | $9.50 |
| 03/11/2024 | TM ENRIQUE IGLESIAS P 800 653 8000 | $43.80 |
| 03/11/2024 | PRICELN HOTEL TAMPA RI 800 774 2354 | $328.97 – *Sexual Harassment @ Hotel.* |
| 03/11/2024 | JETBLUE 279214796788 8005382583 | $278.10 – *Rght to TPA.* |
| 03/12/2024 | DELTA AIR 006702850531 800 2211212 | $328.10 – *Return Flight* |
| 03/12/2024 | HILTON HOTELS TAMPA | $64.83 *to escape Sexual Harassment* |
| 03/12/2024 | SHOPPES BAYSHORE T67 TAMPA | $8.90 |
| 03/13/2024 | MTA METROCARD AIRTRAIN NEW YORK | $8.50 |
| 03/13/2024 | MTA LIRR STATION TIX JAMAICA | $9.50 |

We appreciate the opportunity to serve you. The protection of your account is important to us; if you have any questions please visit your local TD Bank or call 1-888-751-9000 to speak with an agent 24 hours a day 7 days a week.

Sincerely,

TD Bank, N.A.
Disputes & Claims


## TD Bank
4 messages

---

**Arnold, Jennifer M NMLS 1140597** <Jennifer.Arnold@td.com>     Wed, Apr 3, 2024 at 1:06 PM
To: Maryann Maltese <maryannmaltese1000@gmail.com>

Hi Maryann,

Hope all is well.

A Provisional credit in the amount of $1,134.76, was processed at end of business day 03/27/2024 into your account.

Thank you.

Jennifer M Arnold | Store Manager | East Northport | NMLS 1140597

**TD Bank, America's Most Convenient Bank**

517 Larkfield Road East Northport New York 11731

T: 631 368-2914 | F: 631 368 1505



Internal

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>     Wed, Apr 3, 2024 at 1:18 PM
To: "Arnold, Jennifer M NMLS 1140597" <Jennifer.Arnold@td.com>

Perfect. Thank you. I was unable to rest my online access. Can that be reset this way or I need to come to the branch?
Thanks
[Quoted text hidden]

---

**Arnold, Jennifer M NMLS 1140597** <Jennifer.Arnold@td.com>     Wed, Apr 3, 2024 at 1:29 PM
To: Maryann Maltese <maryannmaltese1000@gmail.com>


## TD Bank
3 messages

---

**Arnold, Jennifer M NMLS 1140597** <Jennifer.Arnold@td.com>
To: Maryann Maltese <maryannmaltese1000@gmail.com>

Wed, Apr 3, 2024 at 1:06 PM

Hi Maryann,

Hope all is well.

A Provisional credit in the amount of $1,134.76, was processed at end of business day 03/27/2024 into your account.

Thank you.

Jennifer M Arnold | Store Manager | East Northport | NMLS 1140597

**TD Bank, America's Most Convenient Bank**

517 Larkfield Road East Northport New York 11731

T: 631 368-2914 | F: 631 368 1505



Internal

---

**Maryann Maltese** <maryannmaltese1000@gmail.com>
To: "Arnold, Jennifer M NMLS 1140597" <Jennifer.Arnold@td.com>

Wed, Apr 3, 2024 at 1:18 PM

Perfect. Thank you. I was unable to rest my online access. Can that be reset this way or I need to come to the branch? Thanks
[Quoted text hidden]

---

**Arnold, Jennifer M NMLS 1140597** <Jennifer.Arnold@td.com>
To: Maryann Maltese <maryannmaltese1000@gmail.com>

Wed, Apr 3, 2024 at 1:29 PM

Form : CANF2
05289912469454567

Apr 19, 2024

**TD Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

8  AB 01 001366 47890 H 5 B
5  |l|lll|ll|lll|l||ll|llll|l||l|l|l|ll||lll|lll|ll|
MARYANN MALTESE
19 RINGLER DR
EAST NORTHPORT NY 11731-4421

SUBJ: C-1489032

Dear MARYANN MALTESE,

We have completed our review into your ATM/Debit Card Dispute claim filed on 03/18/2024 in the amount of $1134.76. Based on our investigation, we have determined that an error did not occur. The reason for this decision was based upon the following.

Due to the fact that this is an authorized transaction related to a merchant dispute, we recommend resolving this matter directly with the merchant.

If your account was previously credited, it will be reversed on 04/29/2024 for the following transactions (including any fees and/or interest that were also credited).

| Post Date | Merchant Name | Transaction Amount |
|-----------|---------------|--------------------|
| 03/12/2024 | DELTA AIR 006702850531 800 2211212 | $328.10 |

We appreciate the opportunity to serve you. You have the right to request documentation, if any, used to make our decision. The protection of your account is important to us; if you have any questions please visit your local TD Bank or call 1-888-751-9000 to speak with an agent 24 hours a day 7 days a week.

Sincerely,

TD Bank, N.A.
Disputes & Claims

Form : CANF2
2016555816769495

Apr 11, 2024

**TD Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

8  AB 01 001326 38844 H 5 B
5  ‖l‖l‖‖l‖l‖‖l‖l‖‖l‖l‖‖‖l‖l‖‖l‖l‖‖l‖‖l‖l‖l‖l‖l‖
MARYANN MALTESE
19 RINGLER DR
EAST NORTHPORT NY 11731-4421

SUBJ: C-1489032

Dear MARYANN MALTESE,

We have completed our review into your ATM/Debit Card Dispute claim filed on 03/18/2024 in the amount of $1134.76. Based on our investigation, we have determined that an error did not occur. The reason for this decision was based upon the following.

Due to the fact that this is an authorized transaction related to a merchant dispute, we recommend resolving this matter directly with the merchant.

If your account was previously credited, it will be reversed on 04/19/2024 for the following transactions (including any fees and/or interest that were also credited).

| Post Date | Merchant Name | Transaction Amount |
|-----------|---------------|--------------------|
| 03/11/2024 | JETBLUE 279214796788 8005382583 | $278.10 |

We appreciate the opportunity to serve you. You have the right to request documentation, if any, used to make our decision. The protection of your account is important to us; if you have any questions please visit your local TD Bank or call 1-888-751-9000 to speak with an agent 24 hours a day 7 days a week.

Sincerely,

TD Bank, N.A.
Disputes & Claims

Form : CANF2
2015573740804744

Apr 11, 2024



**Bank**
America's Most Convenient Bank®

**TD Bank, N.A.**
1701 Route 70 East
Cherry Hill, NJ 08034-5400
T: 888-751-9000
www.tdbank.com

8  AB 01 001325 38844 H 5 B
5  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
MARYANN MALTESE
19 RINGLER DR
EAST NORTHPORT NY 11731-4421

001325 1/1

SUBJ: C-1489032

Dear  MARYANN MALTESE,

We have completed our review into your ATM/Debit Card Dispute claim filed on 03/18/2024 in the amount of $1134.76. Based on our investigation, we have determined that an error did not occur. The reason for this decision was based upon the following.

Due to the fact that this is an authorized transaction related to a merchant dispute, we recommend resolving this matter directly with the merchant.

If your account was previously credited, it will be reversed on 04/19/2024 for the following transactions (including any fees and/or interest that were also credited).

| Post Date | Merchant Name | Transaction Amount |
|-----------|---------------|--------------------|
| 03/11/2024 | PUBLIX 1721 TAMPA | $24.93 |

We appreciate the opportunity to serve you. You have the right to request documentation, if any, used to make our decision. The protection of your account is important to us; if you have any questions please visit your local TD Bank or call 1-888-751-9000 to speak with an agent 24 hours a day 7 days a week.

Sincerely,

TD Bank, N.A.
Disputes & Claims


**Review the company's response to your complaint.**
1 message

**CFPB** <noreply-notice@cfpb.gov>                                    Thu, May 23, 2024 at 1:59 PM
To: "maryannmaltese1000@gmail.com" <maryannmaltese1000@gmail.com>

 Consumer Financial
Protection Bureau

(855) 411-2372
consumerfinance.gov

# Review the company's response to your complaint.

The company has responded to your complaint. Log in to the Bureau's secure website to review the company's response online. You can also review the company's response by phone with someone.

Thank you for participating in our complaint process. This complaint is now closed.

**COMPLAINT ID**

# 240508-14244004

**SUBMITTED ON**

05/08/2024

**PRODUCT**

Credit card

**ISSUE**

Problem with a purchase shown on your statement

Log in to view company response

First time logging in? Set up your password

## What you can do now

**Provide feedback on the company's response**