Maryann Maltese
19 Ringler Drive
East Northport, NY 11731

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2024 ★
LONG ISLAND OFFICE

1:24 cv 04311 RPK LB
June, 26, 2024

Re: Maryann Maltese v. Delta Airlines, TD Bank

Re Judiciary order June 25, 2024.

Perhaps Judge if you review the dockets 1:23 cv 06204, whereas Plaintiff complaint address State employer failure to issue pension within time Management requirements of Foley v. Pataki, 1995 - to estimate and calculate the lack of time management in pension Attendance, defendants et al make that connection that Plaintiff has used her personal assets while State Employer is holding pension without causation for 11 years & 300,000 & 9%. for interhand punitive or below.

① Andrew Raia → NYS Assembly
② Robert Brown

(Double Employer)

① John Flanagan
② Carl Marcelino → NYS Senators
③ James Gaughran
④ Mario Mattera

Pro Se files file under income $110,000. annually.

REC'D IN PRO SE OFFICE JUN 26 '24 9:53

Page 2   Maltese v. Delta  1:24 cv 04311

failure to grant pension 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024 legislative sessions to visualize how much personal assets one liquidated to allow, pine heads to be mentioned — to "look as if" they are "better representatives as elected others". Judge sitting on a plane as is and a duct tape "public masturbation" occurred against an officer in inaction.

* Definition of temporary indigent means "Plaintiff" has no "active earnings", or is active earning according to U.S. Census of 2020, a Long Islander is "poor" if one earns under $110,000 per year.

No income + no pension definition of indigent definition by Webster dictionary or Black's dictionary and of course utilization of industry terms is non plagiarismnotably.

— I will pay today Clerk fees under protest.

Regards,
Maryann Maltese  —pge 3

1:24 CV 04311
Pge 3          M. v Delta.

in  1:23 CV 04940 RPK-LB
Maltese v. NYC DC

additionally Judge in 1:23-CV 04940 –

NYC Defendant failed in time management of following President Biden's "Executive Order" for Municipal governments like; NYC Deferred, to churn losses of all:
① Active
② Retired
③ Inherited account holders.

This is my property that NYC Deferred account + the portal crashed as staffers of NYC Deferred & VOYA fell ill to Covid 19 and computers centrally were unmanned + unwomaned.

I tried to save my assets prior to March 7, 2020 State of Emergency, - catastrophic Pandemic the federal equivalent of " the flu of 1927, or the /aids epidemics of 1988-1992.

The right of confidentiality was born in 1992. Which for Employee victims by Civilians in line duty is essential as well.

Give that a notation of thought today @ $1.2 million NYC owes me. on 1:23 CV-04840. Needs Maltese