FORM 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 23 2024 ★

LONG ISLAND OFFICE

## NOTICE OF APPEAL

* * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
2ND DISTRICT OF Eastern

Maryann Maltese
-v-
Delta Airlines Corporation
TD Bank Regional NYS Corporation

NOTICE OF APPEAL

1:24 CV 04311
Docket No.

Notice is hereby given that __Maryann Maltese__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) 9/13/2024 Judges order to dismiss the complaint as Detectives failed to "investigate" public officer complaint public entered in this action on the 13 day of September, 2024. Master-beshay on flight.

Maryann Maltese
Signature

Maryann Maltese
Printed Name

19 Ringle Drive
Address

East Northport, NY 11731

(631) 644-5767
Telephone No. (with area code)

Date: 9/23/2024

REC'D IN PRO SE OFFICE
SEP 23 '24 P8:12

# U.S. District Court

## New York Eastern - Central Islip

Receipt Date: Sep 23, 2024 2:33PM

Maryann Maltese
Central Islip, NY 11722

| Rcpt. No: 200004167 | | Trans. Date: Sep 23, 2024 2:33PM | | | Cashier ID: #CG |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $605.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** Case No. 24-CV-4311

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.